BEFORE THE THIRD DIVISION, DECEMBER 30, 1943

No. 49084.—Protests 63828–K, etc., of V. W. Davis (Duluth).

Opinion by KEEFE, J. It was stipulated that the wild rice is similar in all material respects to that the subject of *Davis* v. *United States* (10 Cust. Ct. 189, C. D. 751), the record in which case was incorporated herein. The claim at 10 percent was therefore sustained as to this item.

No. 49085.—Protests 34997–K, etc., of Moscahlades Bros., Inc., et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269, the records in which were incorporated herein. The protests were sustained to this extent.

No. 49086.—Protests 70911–K, etc., of F. N. Giavi, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and cited cases, the records in which were incorporated herein, the following allowances were made by the court to compensate for foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146 and (2) 2 percent for cheese similar to the Moliterno cheese the subject of Abstract 41794.

No. 49087.—Protest 95886–K of David Kannengiesser (New York).

Opinion by KEEFE, J. It was stipulated by counsel that the banana flakes in question are the same in all material respects as those passed upon in *Sardik* v. *United States* (8 Cust. Ct. 400, C. D. 646), the record in which was incorporated herein. In accordance therewith they were held dutiable at 17½ percent under paragraph 752, as amended by the trade agreements with Costa Rica (T. D. 49072) and Ecuador (T. D. 49710). Protest sustained to this extent.

No. 49088.—Protests 78546–K, etc., of T. M. Duche & Sons, Inc., et al. (New York).

Opinion by EKWALL, J. In view of Abstract 45762 and stipulation of counsel that the ginger is not composed in chief value of manufactured sugar it was held that the tax under the Sugar Act of 1937 is not applicable thereto.